In re _____DeAngelis, Rudolph & Lisa_____,    Case No. _____
              Debtor                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Family Home 19321 Fane Court, Tinley Park, IL 60487 | 735 ILCS 5/12-901 | 30,000.00 | 335,500.00 |
| 1994 Pontiac Trans Am | 735 ILCSC 5/12-1001(c) | 2,400.00 | 6550.00 |
| 2002 Chevrolet Suburban | 735 ILCSC 5/12-1001(c) | 2,400.00 | 6050.00 |
| Electical Tools, Electical inventory (RUDI) | 735 ILCS 5/12-1001(d) | 1,500.00 | 1,500.00 |
| File Cabinets (LISA) | 735 ILCS 5/12-1001(d) | 60.00 | 60.00 |
| Customer Lists | | 300.00 | 300.00 |
| Household Furniture | 735 ILCS 5/12-901 | 5,200.00 | 5,200.00 |
| Wearing Apparel | 735 ILCS 5/12-1001 (a) (c) | 1,000.00 | 1,000.00 |
| 1993 Encyclopedia Britannica, 1973 World Book Encyclopedia | 735 ILCS 5/12-1001 (a) (c) | 520.00 | 520.00 |
| Marriage Ring, Costume Jewelry | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| Two English Mastiffs, Hunter & Hulk | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/10)

In re   DeAngelis, Rudolph & Lisa   ,                                   Case No. _____
           **Debtor**                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Chase 401 K<br>Teamsters Local Pension ($1800/monthly age 67)<br>Diebold 401 K | 735 ILCS 5/12-704 | 50,113.85<br>Undetermined<br>994.89 | 50,113.85<br>Undetermined<br>994.89 |
| Metropolitan Life Policy # xxxxx5177A   On Daughter D. | 215 ILCS 5/238<br>735 ILCS 5/12-1001(f) | 814.31 Cash Surrender Value | 814.31 |
| Metropolitan Life Policy # xxxxx1991A   On Daughter A | 215 ILCS 5/238<br>735 ILCS 5/12-1001(f) | 177.38 Cash Surrender Value | 177.38 |
| Metropolitan Life Policy # xxxxx8182A     On Son J | 215 ILCS 5/238<br>735 ILCS 5/12-1001(f) | 189.25 Cash Surrender Value | 189.25 |
| Metropolitan Life Policy # xxxxx4477 UM   On Lisa DeAngelis | 215 ILCS 5/238<br>735 ILCS 5/12-1001(f) | 275.45 Cash Surrender Value | 275.45 |
| Metropolitan Life Policy #xxxxx8713 USU   On Rudolph DeAngelis | 215 ILCS 5/2380.<br>735 ILCS 5/12-1001(f) | 0.00 Cash Surrender Value | 0.00 |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.