B6F (Official Form 6F) (12/07)

In re ___DeAngelis, Rudolph & Lisa___,   Case No. _____
       Debtor                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx-0001<br>Toyota Motor Credit Corporation<br>P.O. Box 22202<br>Owing Mills MD 21117-1397 | | J | 9/29/2008; will be subject to offset on sale of 2008 Toyota Sequoia repossed on 10/14/2010 | | | | 35,683.60 |
| ACCOUNT NO. xxxxx1663<br>AT&T<br>Bankruptcy Department<br>P.O. Box 769<br>Arlington, TX 76004 | | J | Monthly Recurring | | | | 242.97 |
| ACCOUNT NO. xxxxxxx715 1<br>Nicor Gas<br>Attention Bankruptcy Collections<br>P.O.Box 549<br>Aurora IL 60507-0549 | | J | Monthly Recurring | | | | 384.97 |
| ACCOUNT NO. xxxxxx0019<br>Commonwealth Edison<br>Customer Care Center Bldg.<br>Attn Revenue Management<br>2100 Swift Rd. Oak Brook L 60523 | | J | Monthly Recurring Charges | | | | 550.57 |
| | | | | | | Subtotal▶ | $ 36,862.11 |
| __5__ continuation sheets attached | | | | | | Total▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

In re __DeAngelis, Rudolph & Lisa__,      Case No. _____
             Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx-x4699<br>Tri-State Adjustments Freeport, Inc.<br>P.O. Box 882<br>Freeport, IL 601032-0882 | | J | 3/18/2010 | | | | 389.00 |
| ACCOUNT NO. xxxxxxxxxxxx2143<br>Citibank<br><br>Capital Management Services ILP<br>726 Exchange St., Suite 700<br>Buffallo NY 14210 | | J | 5/13/2010 | | | | 2187.30 |
| ACCOUNT NO. xxx882<br>Midwest Orthopaedic Consultant<br>75 Remittance Dr. 6581<br>Chicago, IL 60675 | | J | 4/1/10 | | | | 121.10 |
| ACCOUNT NO. xxx0783<br>Midwest Orthopaedic Consultant<br>75 Remittance Dr. 6581<br>Chicago, IL 60675 | | J | 4/1/10 | | | | 23.00 |
| ACCOUNT NO. xxxxx3219<br>Firestone<br>Credit First N.A.<br>P.O. Box 81344<br>Cleveland OH 44188-0344 | | W | July 11, 2010 | | | | 822.48 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 3,542.88

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __DeAngelis, Rudolph & Lisa__,    Case No. _____
      Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxx6873<br>Firestone<br>Credit First N.A.<br>P.O. Box 81344<br>Cleveland OH 44188-0344 | | H | June 5, 2010 | | | | 708.59 |
| ACCOUNT NO. xxxxx3965<br>Discover<br>P.O. Box 6103<br>Carol Stream, Il 60197-6103 | | J | June 14, 2010 | | | | 6,890.47 |
| ACCOUNT NO. xxxxxxxxxxxxx4701<br>US BANK<br>P.O. Box 790408<br>St. Louis MO 63179-0408 | | J | August 20, 2010 | | | | 12,074.29 |
| ACCOUNT NO. xxxx-xxxx-xxxx-0387<br>CITI<br>P.O. Bank 183041<br>Columbus OH 43218-3041 | | J | April 6, 2010 | | | | 1,087.66 |
| ACCOUNT NO. xxxx-xxxx-xxxx-3678<br>Citi<br>Box 6000<br>The Lakes NV 89163-6000 | | J | August 17, 2010 | | | | 11,108.28 |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 31,869.79

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DeAngelis, Rudolph & Lisa**   ,   Case No. _____ (if known)
          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxxx7124<br>Illinois Collection Services<br>P.O. 1010<br>Tinley Park, IL 60477-9110 | | W | 12/1/2009 | | | | 81.11 |
| ACCOUNT NO. xxx-xxxx9-061<br>Kohls Payment Center<br>P.O. 2983<br>Milwaukee WI 53201-2983 | | W | 6/24/2010 on | | | | 1515.05 |
| ACCOUNT NO. xxxxxxxxxxxxx59-00<br>Comcast<br>P.O. 3002<br>Southeastern PA 19398-3002 | | J | 4/23/2010 | | | | 306.65 |
| ACCOUNT NO.xxxxxxxxxxxxx9044<br>Chase Cardmember Services<br>P.O. Box 15153<br>Wilmington DE 119886-5153 | | W | 6/09/2010 | | | | 17,347.02 |
| ACCOUNT NO.Minooka Fire District<br>NCI<br>3601 Algonquin Rd, Suite 232<br>Rolling Meadows, IL 60008-3106 | | H | 7/12/2010 | | | | 144.52 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 19,394.35

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re DeAngelis, Rudolph & Lisa , Case No. _____
 Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxx2-001<br>Village of Tinley Park<br>16250 S. Oak Park Avenue<br>Tinley Park, IL 60477-1628 | | J | February 22, 2011 | | | | 191.31 |
| ACCOUNT NO. xxxxx3-001<br>Village of Tinley Park<br>16250 S. Oak Park Avenue<br>Tinley Park, IL 60477-1628 | | J | February 22, 2011 | | | | 33.43 |
| ACCOUNT NO. xx4102-PT<br>Athletico, Ltd.<br>709 Enterprise<br>Oak Brook, IL 60523-8814 | | H | Novemeber 1, 2010 | | | | 88.00 |
| ACCOUNT NO. xx8405<br>Athletico, Ltd.<br>709 Enterprise<br>Oak Brook, IL 60523-8814 | | H | November 1, 2010 | | | | 28.90 |
| ACCOUNT NO. xx0809<br>Athletico, Ltd.<br>709 Enterprise<br>Oak Brook, IL 60523-8814 | | W | November 1, 2011 | | | | 191.68 |

Sheet no. 4 of 5 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 533.32

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __DeAngelis, Rudolph & Lisa__ ,        Case No. _____
           Debtor                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kenneth Kehl, DDS<br>12760 South Harlem Avenue<br>Palos Heights, IL 60463-2171 | | J | October 13, 2010 | | | | 286.25 |
| ACCOUNT NO. xxxxx2728<br>Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197-4191 | | J | | | | | 300.69 |
| ACCOUNT NO.<br>Marcianne Loschetter Arnold<br>10800 S. 71st Court<br>Apartment 1 N<br>Worth, IL 60482-1479 | | J | November 16, 2010 -5,400.00 (W)<br>November 15, 2010-2,000.00 (W)<br>November 2010-3,000.00 (J)<br>April 2010-3,000(J) | | | | 13,400.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 14,533.35

Total▶ $ 106,755.80
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)